No. 11–1181. SCOFBP, LLC, ET AL. *v.* CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ET AL. C. A. 7th Cir. Certiorari denied.

No. 11–1183. SATTARI *v.* WASHINGTON MUTUAL. C. A. 9th Cir. Certiorari denied.

No. 11–1196. HERSHEY *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 11–1205. BUSH ET UX. *v.* SLAGH ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–1220. FREEDMAN ET AL. *v.* STATE BAR OF GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 11–1232. COLLINS *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 11–1244. GRUNDSTEIN *v.* EIGHTH DISTRICT COURT OF APPEALS OF OHIO ET AL. (two judgments). C. A. 6th Cir. Certiorari denied.

No. 11–1265. INTERNATIONAL STRATEGIC PARTNERS, LLC *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 11–1282. WILLIAMS *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 11–1293. MILLER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–1300. CHOI *v.* UNITED STATES (two judgments). C. A. D. C. Cir. Certiorari denied.

No. 11–8135. RANDOLPH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–8356. TRAN *v.* SWARTHOUT, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–8432. WEARING *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.